AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TEILBORG, JAMES A. | U. S. DISTRICT COURT | 7/7/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. DISTRICT JUDGE - ACTIVE | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 401 WEST WASHINGTON STREET<br>SUITE 523-SPC 51<br>PHOENIX, AZ 85003-2154 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1997 | METROPOLITAN LIFE # 1 (STRUCTURED SETTLEMENT - COMPENSATION FOR PRIOR SERVICES) |
| 2. | |
| 3. | |

Teilborg_James_A

| Name of Person Reporting | | Date of Report |
|---|---|---|
| TEILBORG, JAMES A. | - | 7/7/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | METROPOLITAN LIFE (STRUCTURED SETTLEMENT - COMPENSATION FOR PRIOR SERVICES) | $13,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 7/7/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. THE ARIZONA CLUB | HONORARY MEMBERSHIP (DUES, LIKE PRIVILEGES) TERMINATED 10/31/2008 | $500.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. UBS FINANCIAL SERVICES INC. | PREMIER VARIABLE CREDIT LINE | None |
| 2. UBS FINANCIAL SERVICES INC. | PRIME CREDIT LINE | M |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 7/7/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RAW LAND, ▮▮▮▮ (2000, $79,000.) | | None | L | R | | | | | |
| 2. PRUDENTIAL ANNUITIES LIFE (FORMERLY AMERICAN SCANDIA) | | | | | | | | | |
| 3. --- AST MARSICO CAPITAL GROWTH | | None | M | T | | | | | |
| 4. --- AST ALLIANCE BERNSTEIN MANAGED INDEX 500 | | None | M | T | | | | | |
| 5. ---AST SMALL CAP VALUE | | None | K | T | | | | | |
| 6. --- AST NEUBERGER BERMAN MID CAP GROWTH | | None | K | T | | | | | |
| 7. --- AST NEUBERGER BERMAN MID CAP VALUE | | None | K | T | | | | | |
| 8. --- AST T ROWE PRICE ASSET ALLOCATION | | None | K | T | | | | | |
| 9. --- AST PIMCO TOTAL RETURN BOND | | None | K | T | | | | | |
| 10. GENWORTH VARIABLE ANNUITY #1 (FORMERLY G.E.ANNUITY) | | | | | | | | | |
| 11. --- FIDELITY VIP ASSET MANAGER PORTFOLIO | | None | | | Sold | 07/02 | M | | |
| 12. --- FIDELITY VIP CONTRAFUND PORTFOLIO | | None | | | Sold | 07/02 | M | | |
| 13. --- FIDELITY VIP EQUITY-INCOME PORTFOLIO | | None | | | Sold | 07/02 | M | | |
| 14. --- GOLDMAN SACHS MID CAP VALUE FUND | | None | | | Sold | 07/02 | L | | |
| 15. --- FIDELITY VIP OVERSEAS PORTFOLIO | | None | | | Sold | 07/02 | M | | |
| 16. GENWORTH VARIABLE ANNUITY # 2 (FORMERLY G.E. ANNUITY) | | | | | | | | | |
| 17. --- FIDELITY VIP ASSET MANAGER PORTFOLIO | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 7/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --- FIDELITY VIP CONTRAFUND PORTFOLIO | | None | J | T | | | | | |
| 19. --- FIDELITY VIP EQUITY-INCOME PORTFOLIO | | None | J | T | | | | | |
| 20. --- GOLDMAN SACHS MID CAP VALUE FUND | | None | J | T | | | | | |
| 21. --- FIDELITY VIP OVERSEAS PORTFOLIO | | None | J | T | | | | | |
| 22. HARTFORD LIFE VARIABLE ANNUITY | | | | | | | | | |
| 23. --- TEMPLETON GROWTH SECTOR | | None | K | T | | | | | |
| 24. --- AIM MIDCAP EQITY | | None | K | T | | | | | |
| 25. --- AMR ASSET ALLOCATION | | None | K | T | | | | | |
| 26. --- AMR GROWTH | | None | K | T | | | | | |
| 27. --- MFS NEW DISCOVERY | | None | J | T | | | | | |
| 28. --- MFS TOTAL RETURN | | None | K | T | | | | | |
| 29. --- F-T MUTUAL SHARES | | None | K | T | | | | | |
| 30. PACIFIC LIFE VARIABLE ANNUITY # 1 | | | | | | | | | |
| 31. --- PIMCO INFLATION MANAGED | | None | J | T | | | | | |
| 32. --- PIMCO MANAGED BOND | | None | J | T | | | | | |
| 33. --- GOLDMAN SACHS SHRT DURATION | | None | J | T | | | | | |
| 34. --- VAN KAMPEN COMSTOCK | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 7/7/2009 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --- CAPITAL GUARDIAN DIV RESEARCH | | None | J | T | | | | | |
| 36. --- JANUS FOCUSED 30 | | None | J | T | | | | | |
| 37. --- LAZARD MID-CAP EQUITY | | None | J | T | | | | | |
| 38. --- BLACK ROCK SMALL CAP INDEX | | None | J | T | | | | | |
| 39. --- ALLIANCE BERNSTEIN INT'L VALUE | | None | J | T | | | | | |
| 40. UBS PACE MM INVESTORS (FORMERLY PACE MM) | A | Dividend | J | T | | | | | |
| 41. UBS BANK USE DEP ACCT | A | Interest | M | T | | | | | |
| 42. BANK OF AMERICA ACCT "(Y)" | | None | | | | | | | |
| 43. JPMORGAN CHASE ACCT (FORMERLY BANK ONE) "(Y)" | | None | | | | | | | |
| 44. RMA MONEY MARKET PORTFOLIO | A | Dividend | K | T | | | | | |
| 45. THERMOSURGERY, INC. | | None | J | T | | | | | |
| 46. NATIONWIDE FLEXIBLE VARIABLE UNIVERSAL LIFE POLICY | | | | | | | | | |
| 47. --- NVIT MID CAP INDEX I | | None | K | T | | | | | |
| 48. --- DREY VIF APPRECIATION PT | | None | J | T | | | | | |
| 49. --- NEU BER AMT MDCP GRTH PT I | | None | J | T | | | | | |
| 50. --- OPP MDCAP/VA NSS | | None | J | T | | | | | |
| 51. --- OPP MS ST/VA NSS | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 7/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --- JAS INT'L GRTH PORT SV SHRS | | None | K | T | | | | | |
| 53. PACIFIC LIFE VARIABLE ANNUITY POLICY # 2 (SELECT EXEC II) | | | | | | | | | |
| 54. --- FIXED RATE OPTIONS | A | Interest | J | T | | | | | |
| 55. --- VARIABLE EQUITY OPTIONS | | None | J | T | | | | | |
| 56. EQUITABLE LIFE POLICY | | | | | | | | | |
| 57. --- EQ/ ALL BRNSTN INTRMDTE GOVT SECURITIES | | None | K | T | | | | | |
| 58. --- EQ/ BLACK ROCK BASIC VALUE EQUITY | | None | K | T | | | | | |
| 59. --- EQ/ MID CAP | | None | K | T | | | | | |
| 60. --- EQ/ LARGE CAP CORE PLUS | | None | J | T | | | | | |
| 61. --- EQ/ MARISCO FOCUS | | None | K | T | | | | | |
| 62. --- EQ/ INTERNATIONAL CORE PLUS | | None | K | T | | | | | |
| 63. --- MULTIMANAGER SMALL CAP VALUE | | None | K | T | | | | | |
| 64. AMERICAN FUNDS AMCAP FUND, CLASS F | D | Dividend | L | T | Buy (add'l) | 12/23 | K | | |
| 65. HARTFORD LIFE INSURANCE LEADERS ANNUITY | A | Dividend | K | T | | | | | |
| 66. ███ HANGER █████ | | None | L | U | | | | | |
| 67. CALAMOS GROWTH FUND CLASS A | | None | | | Sold | 12/19 | K | | |
| 68. FIRST CREDIT UNION ACCOUNTS | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 7/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. DELAWARE DIVERSIFIED INCOME FUND | D | Dividend | L | T | Sold (part) | 7/28 | J | | |
| 70. | | | | | Sold (part) | 10/27 | J | | |
| 71. | | | | | Sold (part) | 12/22 | J | | |
| 72. LORD ABBETT ALL VALUE FUND CLASS A | A | Dividend | M | T | Sold (part) | 4/24 | J | | |
| 73. | | | | | Sold (part) | 7/25 | J | | |
| 74. | | | | | Sold (part) | 10/27 | J | | |
| 75. | | | | | Sold (part) | 12/22 | J | | |
| 76. | | | | | Buy (add'l) | 12/23 | J | | |
| 77. UBS DYNAMIC ALPHA FUND CLASS A | E | Dividend | | | Sold | 12/19 | L | | |
| 78. JOHN HANCOCK FREEDOM 529 ACCOUNT 1 CL A | A | Int./Div. | J | T | | | | | |
| 79. JOHN HANCOCK FREEDOM 529 ACCOUNT 2 CL A | A | Int./Div. | J | T | | | | | |
| 80. JOHN HANCOCK FREEDOM 529 ACCOUNT 3 CL A | B | Int./Div. | J | T | | | | | |
| 81. JOHN HANCOCK FREEDOM 529 ACCOUNT 4 CL A | A | Int./Div. | J | T | | | | | |
| 82. JOHN HANCOCK FREEDOM 529 ACCOUNT 5 CL A | A | Int./Div. | J | T | | | | | |
| 83. AMERICAN FUNDS CAPITAL INCOME | D | Dividend | | | Sold | 12/19 | L | | |
| 84. FT. TEMPLETON GROWTH A | C | Dividend | | | Sold | 12/19 | L | | |
| 85. HENDERSON GLOBAL INVESTORS INT L A | B | Dividend | | | Sold | 12/19 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 7/7/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ING GLOBAL REAL ESTATE FUND CL A | C | Dividend | | | Sold | 12/19 | K | | |
| 87. NUVEEN MUNICIPAL VALUE FUND | A | Dividend | J | T | | | | | |
| 88. OPPENHEIMER INTL BOND FD CL A | D | Dividend | L | T | Sold (part) | 12/22 | K | A | |
| 89. TOUCHSTONE MID CAP GROWTH FUND | B | Dividend | K | T | Sold (part) | 12/22 | K | | |
| 90. INDIANA SECNDRY MRKT EDU | B | Interest | | | Sold | 10/31 | L | | |
| 91. KEELEY SMALL CAP VALUE FD | | None | L | T | Sold (part) | 12/22 | J | | |
| 92. | | | | | Buy (add'l) | 12/22 | J | | |
| 93. MARICOPA CO AZ POLL CTRL | A | Interest | | | Sold | 02/01 | K | | |
| 94. UTAH ST BRD OF REGT S/L 28D TXBL | D | Interest | M | T | | | | | |
| 95. ARIZONA HLTH FAC VOLUNT 7-DAY ARC B REV B/E/P | A | Interest | | | Buy | 02/04 | K | | |
| 96. | | | | | Sold | 08/29 | K | | |
| 97. FIRST EAGLE OVERSEAS FUND CL A | | None | M | T | Buy | 12/22 | L | | |
| 98. | | | | | Buy (add'l) | 12/23 | L | | |
| 99. FT-FRANKLIN GOLD & PREC MET A | | None | J | T | Buy | 12/23 | J | | |
| 100. HARTFORD GLOBAL HEALTH FUND CL A | A | Dividend | K | T | Buy | 12/22 | K | | |
| 101. HARTFORD INFLATION PLUS FD CLASS A | A | Dividend | K | T | Buy | 12/22 | K | | |
| 102. JPMORGAN MID CAP VALUE FUND CL A | | None | K | T | Buy | 12/22 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 7/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 12/23 | J | | |
| 104. LINCOLN NATIONAL AMERICAN LEGACY III VIEW 14L | | | | | | | | | |
| 105. --- DCA FIXED | | None | | | Buy | 07/02 | O | | |
| 106. | | | | | Sold (part) | 7/12 | L | | |
| 107. | | | | | Sold (part) | 8/12 | L | | |
| 108. | | | | | Sold (part) | 9/12 | L | | |
| 109. | | | | | Sold (part) | 10/10 | L | | |
| 110. | | | | | Sold (part) | 11/12 | L | | |
| 111. | | | | | Sold | 12/12 | L | | |
| 112. --- BL CHP INCOME & GROWTH | | None | L | T | Buy | 07/12 | K | | |
| 113. | | | | | Buy (add'l) | 8/12 | J | | |
| 114. | | | | | Buy (add'l) | 9/12 | J | | |
| 115. | | | | | Buy (add'l) | 10/10 | J | | |
| 116. | | | | | Buy (add'l) | 11/12 | J | | |
| 117. | | | | | Buy (add'l) | 12/12 | J | | |
| 118. ---GROWTH | | None | M | T | Buy | 07/12 | K | | |
| 119. | | | | | Buy (add'l) | 8/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 7/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 9/12 | K | | |
| 121. | | | | | Buy (add'l) | 10/10 | K | | |
| 122. | | | | | Buy (add'l) | 11/12 | K | | |
| 123. | | | | | Buy (add'l) | 12/12 | J | | |
| 124. --- GROWTH & INCOME | | None | L | T | Buy | 07/12 | K | | |
| 125. | | | | | Buy (add'l) | 8/12 | J | | |
| 126. | | | | | Buy (add'l) | 9/12 | J | | |
| 127. | | | | | Buy (add'l) | 10/10 | J | | |
| 128. | | | | | Buy (add'l) | 11/12 | J | | |
| 129. | | | | | Buy (add'l) | 12/12 | J | | |
| 130. --- GLOBAL SMALL CAP | | None | J | T | Buy | 07/12 | J | | |
| 131. | | | | | Buy (add'l) | 8/12 | J | | |
| 132. | | | | | Buy (add'l) | 9/12 | J | | |
| 133. | | | | | Buy (add'l) | 10/10 | J | | |
| 134. | | | | | Buy (add'l) | 11/12 | J | | |
| 135. | | | | | Buy (add'l) | 12/12 | J | | |
| 136. --- INTERNATIONAL | | None | K | T | Buy | 07/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | | | | | Buy (add'l) | 8/12 | J | | |
| 138. | | | | | Buy (add'l) | 9/12 | J | | |
| 139. | | | | | Buy (add'l) | 10/10 | J | | |
| 140. | | | | | Buy (add'l) | 11/12 | J | | |
| 141. | | | | | Buy (add'l) | 12/12 | J | | |
| 142. --- NEW WORLD | None | J | | T | Buy | 07/12 | J | | |
| 143. | | | | | Buy (add'l) | 8/12 | J | | |
| 144. | | | | | Buy (add'l) | 9/12 | J | | |
| 145. | | | | | Buy (add'l) | 10/10 | J | | |
| 146. | | | | | Buy (add'l) | 11/12 | J | | |
| 147. | | | | | Buy (add'l) | 12/12 | J | | |
| 148. --- GLOBAL GROWTH-INCOME | None | K | | T | Buy | 07/12 | J | | |
| 149. | | | | | Buy (add'l) | 8/12 | J | | |
| 150. | | | | | Buy (add'l) | 9/12 | J | | |
| 151. | | | | | Buy (add'l) | 10/10 | J | | |
| 152. | | | | | Buy (add'l) | 11/12 | J | | |
| 153. | | | | | Buy (add'l) | 12/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 7/7/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --- GLOBAL GROWTH | | None | K | T | Buy | 07/12 | K | | |
| 155. | | | | | Buy (add'l) | 8/12 | J | | |
| 156. | | | | | Buy (add'l) | 9/12 | J | | |
| 157. | | | | | Buy (add'l) | 10/10 | J | | |
| 158. | | | | | Buy (add'l) | 11/12 | J | | |
| 159. | | | | | Buy (add'l) | 12/12 | J | | |
| 160. --- BOND | | None | K | T | Buy | 07/12 | K | | |
| 161. | | | | | Buy (add'l) | 8/12 | J | | |
| 162. | | | | | Buy (add'l) | 9/12 | J | | |
| 163. | | | | | Buy (add'l) | 10/10 | J | | |
| 164. | | | | | Buy (add'l) | 11/12 | J | | |
| 165. | | | | | Buy (add'l) | 12/12 | J | | |
| 166. --- GLOBAL BOND | | None | K | T | Buy | 07/12 | J | | |
| 167. | | | | | Buy (add'l) | 8/12 | J | | |
| 168. | | | | | Buy (add'l) | 9/12 | J | | |
| 169. | | | | | Buy (add'l) | 10/10 | J | | |
| 170. | | | | | Buy (add'l) | 11/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 7/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 12/12 | J | | |
| 172. --- GOV'T/AAA SECURITIES | | None | K | T | Buy | 07/12 | J | | |
| 173. | | | | | Buy (add'l) | 8/12 | J | | |
| 174. | | | | | Buy (add'l) | 9/12 | J | | |
| 175. | | | | | Buy (add'l) | 10/10 | J | | |
| 176. | | | | | Buy (add'l) | 11/12 | J | | |
| 177. | | | | | Buy (add'l) | 12/12 | J | | |
| 178. --- HIGH INCOME BOND | | None | J | T | Buy | 07/12 | J | | |
| 179. | | | | | Buy (add'l) | 8/12 | J | | |
| 180. | | | | | Buy (add'l) | 9/12 | J | | |
| 181. | | | | | Buy (add'l) | 10/10 | J | | |
| 182. | | | | | Buy (add'l) | 11/12 | J | | |
| 183. | | | | | Buy (add'l) | 12/12 | J | | |
| 184. NATIXIS CGM ADVISOR TARGETED EQUITY FD A | | None | L | T | Buy | 12/23 | K | | |
| 185. PRINCIPAL HIGH YIELD FD A | A | Dividend | K | T | Buy | 12/22 | J | | |
| 186. | | | | | Buy (add'l) | 12/23 | K | | |
| 187. VIRTUS ALTERNATIVES DIVERSIFIER FUND CLASS A | B | Dividend | M | T | Buy | 12/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 7/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 12/23 | M | | |
| 189. AXA EQUITABLE LIFE INSURANCE " (X)" | A | Int./Div. | J | T | | | | | |
| 190. GENERAL AMERICAN WHOLE LIFE INSURANCE POLICY "(X)" | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 7/7/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII:

LINES 3 - 9: THESE INDIVIDUAL ASSETS, HELD IN THE ACCOUNT ON LINE 2, WERE INADVERTENTLY OMITTED IN MY PRIOR REPORTS.

LINES 11-15: THESE INDIVIDUAL ASSETS, HELD IN THE ACCOUNT ON LINE 10, WERE INADVERTENTLY OMITTED IN MY PRIOR REPORTS.

LINES 17-21: THESE INDIVIDUAL ASSETS, HELD IN THE ACCOUNT ON LINE 16, WERE INADVERTENTLY OMITTED IN MY PRIOR REPORTS.

LINES 23-29: THESE INDIVIDUAL ASSETS, HELD IN THE ACCOUNT ON LINE 22, WERE INADVERTENTLY OMITTED IN MY PRIOR REPORTS.

LINES 31-39: THESE INDIVIDUAL ASSETS, HELD IN THE ACCOUNT ON LINE 3O, WERE INADVERTENTLY OMITTED IN MY PRIOR REPORTS.

LINES 47-52: THESE INDIVIDUAL ASSETS, HELD IN THE ACCOUNT ON LINE 46, WERE INADVERTENTLY OMITTED IN MY PRIOR REPORTS.

LINES 54-55: THESE INDIVIDUAL ASSETS, HELD IN THE ACCOUNT ON LINE 53, WERE INADVERTENTLY OMITTED IN MY PRIOR REPORTS.

LINES 57-63: THESE INDIVIDUAL ASSETS, HELD IN THE ACCOUNT ON LINE 56, WERE INADVERTENTLY OMITTED IN MY PRIOR REPORTS.

LINE 82 : THIS ASSET WAS INADVERTENTLY OMITTED FROM MY 2007 REPORT. THAT REPORT REFLECTED FOUR JOHN HANCOCK FREEDOM 529 ACCOUNTS INSTEAD OF CORRECTLY SHOWING THE FIVE ACCOUNTS. THESE ACCOUNTS (LINES 78 - 82) ARE NOT SELF-DIRECTED INVESTMENTS.

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 7/7/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sig

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>TEILBORG, JAMES A. | 2. Court or Organization<br><br>U. S. DISTRICT COURT | 3. Date of Report<br><br>05/11/2009 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>401 WEST WASHINGTON STREET<br>SUITE 523-SPC 51<br>PHOENIX, AZ 85003-2154 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. 1997 | METROPOLITAN LIFE # 1 (STRUCTURED SETTLEMENT - COMPENSATION FOR PRIOR SERVICES) |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2008 | METROPOLITAN LIFE (STRUCTURED SETTLEMENT - COMPENSATION FOR PRIOR SERVICES) | $13,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/11/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. THE ARIZONA CLUB | HONORARY MEMBERSHIP (DUES, LIKE PRIVILEGES) TERMINATED 10/31/2008 | $500.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. UBS FINANCIAL SERVICES INC. | PREMIER VARIABLE CREDIT LINE | None |
| 2. UBS FINANCIAL SERVICES INC. | PRIME CREDIT LINE | M |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RAW LAND, ▉▉▉ (2000, $79,000.) | | None | L | R | | | | | |
| 2. PRUDENTIAL ANNUITIES LIFE (FORMERLY AMERICAN SCANDIA) | | | | | | | | | |
| 3. --- AST MARSICO CAPITAL GROWTH | | None | M | T | | | | | |
| 4. --- AST ALLIANCE BERNSTEIN MANAGED INDEX 500 | | None | M | | | | | | |
| 5. ---AST SMALL CAP VALUE | | None | K | T | | | | | |
| 6. --- AST NEUBERGER BERMAN MID CAP GROWTH | | None | K | T | | | | | |
| 7. --- AST NEUBERGER BERMAN MID CAP VALUE | | None | K | T | | | | | |
| 8. --- AST T ROWE PRICE ASSET ALLOCATION | | None | K | T | | | | | |
| 9. --- AST PIMCO TOTAL RETURN BOND | | None | K | T | | | | | |
| 10. GENWORTH VARIABLE ANNUITY #1 (FORMERLY G.E.ANNUITY) | | | | | | | | | |
| 11. --- FIDELITY VIP ASSET MANAGER PORTFOLIO | | | | | Sold | 07/02 | M | | |
| 12. --- FIDELITY VIP CONTRAFUND PORTFOLIO | | | | | Sold | 07/02 | M | | |
| 13. --- FIDELITY VIP EQUITY-INCOME PORTFOLIO | | | | | Sold | 07/02 | M | | |
| 14. --- GOLDMAN SACHS MID CAP VALUE FUND | | | | | Sold | 07/02 | L | | |
| 15. --- FIDELITY VIP OVERSEAS PORTFOLIO | | | | | Sold | 07/02 | M | | |
| 16. GENWORTH VARIABLE ANNUITY # 2 (FORMERLY G.E. ANNUITY) | | | | | | | | | |
| 17. --- FIDELITY VIP ASSET MANAGER PORTFOLIO | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --- FIDELITY VIP CONTRAFUND PORTFOLIO | | None | J | T | | | | | |
| 19. --- FIDELITY VIP EQUITY-INCOME PORTFOLIO | | None | J | T | | | | | |
| 20. --- GOLDMAN SACHS MID CAP VALUE FUND | | None | J | T | | | | | |
| 21. --- FIDELITY VIP OVERSEAS PORTFOLIO | | None | J | T | | | | | |
| 22. HARTFORD LIFE VARIABLE ANNUITY | | | | | | | | | |
| 23. --- TEMPLETON GROWTH SECTOR | | None | K | T | | | | | |
| 24. --- AIM MIDCAP EQITY | | None | K | T | | | | | |
| 25. --- AMR ASSET ALLOCATION | | None | K | T | | | | | |
| 26. --- AMR GROWTH | | None | K | T | | | | | |
| 27. --- MFS NEW DISCOVERY | | None | J | T | | | | | |
| 28. --- MFS TOTAL RETURN | | None | K | T | | | | | |
| 29. --- F-T MUTUAL SHARES | | None | K | T | | | | | |
| 30. PACIFIC LIFE VARIABLE ANNUITY # 1 | | | | | | | | | |
| 31. --- PIMCO INFLATION MANAGED | | None | J | T | | | | | |
| 32. --- PIMCO MANAGED BOND | | None | J | T | | | | | |
| 33. --- GOLDMAN SACHS SHRT DURATION | | None | J | T | | | | | |
| 34. --- VAN KAMPEN COMSTOCK | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --- CAPITAL GUARDIAN DIV RESEARCH | | None | J | T | | | | | |
| 36. --- JANUS FOCUSED 30 | | None | J | T | | | | | |
| 37. --- LAZARD MID-CAP EQUITY | | None | J | T | | | | | |
| 38. --- BLACK ROCK SMALL CAP INDEX | | None | J | T | | | | | |
| 39. --- ALLIANCE BERNSTEIN INT'L VALUE | | None | J | T | | | | | |
| 40. UBS PACE MM INVESTORS (FORMERLY PACE MM) | A | Dividend | J | T | | | | | |
| 41. UBS BANK USE DEP ACCT | A | Interest | M | T | | | | | |
| 42. BANK OF AMERICA ACCTS "(Y)" | | | | | | | | | |
| 43. JPMORGAN CHASE ACCT (FORMERLY BANK ONE) "(Y)" | | | | | | | | | |
| 44. RMA MONEY MARKET PORTFOLIO | A | Dividend | K | T | | | | | |
| 45. THERMOSURGERY, INC. | | None | J | T | | | | | |
| 46. NATIONWIDE FLEXIBLE VARIABLE UNIVERSAL LIFE POLICY | | | | T | | | | | |
| 47. --- NVIT MID CAP INDEX 1 | | None | K | T | | | | | |
| 48. --- DREY VIF APPRECIATION PT | | None | J | T | | | | | |
| 49. --- NEU BER AMT MDCP GRTH PT 1 | | None | J | T | | | | | |
| 50. --- OPP MDCAP/VA NSS | | None | J | T | | | | | |
| 51. --- OPP MS ST/VA NSS | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   --- JAS INT'L GRTH PORT SV SHRS | | None | K | T | | | | | |
| 53.   PACIFIC LIFE VARIABLE ANNUITY POLICY # 2 (SELECT EXEC II) | | | | | | | | | |
| 54.   --- FIXED RATE OPTIONS | A | Interest | J | T | | | | | |
| 55.   --- VARIABLE EQUITY OPTIONS | | None | J | T | | | | | |
| 56.   EQUITABLE LIFE POLICY | | | | | | | | | |
| 57.   --- EQ/ ALL BRNSTN INTRMDTE GOVT SECURITIES | | None | K | T | | | | | |
| 58.   --- EQ/ BLACK ROCK BASIC VALUE EQUITY | | None | K | T | | | | | |
| 59.   --- EQ/ MID CAP | | None | K | T | | | | | |
| 60.   --- EQ/ LARGE CAP CORE PLUS | | None | J | T | | | | | |
| 61.   --- EQ/ MARISCO FOCUS | | None | K | T | | | | | |
| 62.   --- EQ/ INTERNATIONAL CORE PLUS | | None | K | T | | | | | |
| 63.   --- MULTIMANAGER SMALL CAP VALUE | | None | K | T | | | | | |
| 64.   AMERICAN FUNDS AMCAP FUND, CLASS F | D | Dividend | L | T | Buy (add'l) | 12/23 | K | | |
| 65.   HARTFORD LIFE INSURANCE LEADERS ANNUITY | A | Dividend | K | T | | | | | |
| 66.   ████HANGER ████████ | | None | L | U | | | | | |
| 67.   CALAMOS GROWTH FUND CLASS A | | None | | | Sold | 12/19 | K | | |
| 68.   FIRST CREDIT UNION ACCOUNTS | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DELAWARE DIVERSIFIED INCOME FUND | D | Dividend | L | T | Sold (part) | 7/28 | J | | |
| 70. | | | | | Sold (part) | 10/27 | J | | |
| 71. | | | | | Sold (part) | 12/22 | J | | |
| 72. LORD ABBETT ALL VALUE FUND CLASS A | A | Dividend | M | T | Sold (part) | 4/24 | J | | |
| 73. | | | | | Sold (part) | 7/25 | J | | |
| 74. | | | | | Sold (part) | 10/27 | J | | |
| 75. | | | | | Sold (part) | 12/22 | J | | |
| 76. | | | | | Buy (add'l) | 12/23 | J | | |
| 77. UBS DYNAMIC ALPHA FUND CLASS A | E | Dividend | | | Sold | 12/19 | L | | |
| 78. JOHN HANCOCK FREEDOM 529 ACCOUNT 1 CL A | A | Int./Div. | J | T | | | | | |
| 79. JOHN HANCOCK FREEDOM 529 ACCOUNT 2 CL A | A | Int./Div. | J | T | | | | | |
| 80. JOHN HANCOCK FREEDOM 529 ACCOUNT 3 CL A | B | Int./Div. | J | T | | | | | |
| 81. JOHN HANCOCK FREEDOM 529 ACCOUNT 4 CL A | A | Int./Div. | J | T | | | | | |
| 82. JOHN HANCOCK FREEDOM 529 ACCOUNT 5 CL A | A | Int./Div. | J | T | | | | | |
| 83. AMERICAN FUNDS CAPITAL INCOME | D | Dividend | | | Sold | 12/19 | L | | |
| 84. FT. TEMPLETON GROWTH A | C | Dividend | | | Sold | 12/19 | L | | |
| 85. HENDERSON GLOBAL INVESTORS INTL A | B | Dividend | | | Sold | 12/19 | L | | |

| I. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | . . 05/11/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ING GLOBAL REAL ESTATE FUND CL A | C | Dividend | | | Sold | 12/19 | K | . | |
| 87. NUVEEN MUNICIPAL VALUE FUND | A | Dividend | J | T | | | | | |
| 88. OPPENHEIMER INTL BOND FD CL A | D | Dividend | L | T | Sold (part) | 12/22 | K | A | |
| 89. TOUCHSTONE MID CAP GROWTH FUND | B | Dividend | K | T | Sold (part) | 12/22 | K | | |
| 90. INDIANA SECNDRY MRKT EDU | B | Interest | | | Sold | 10/31 | L | | |
| 91. KEELEY SMALL CAP VALUE FD | | None | L | T | Sold (part) | 12/22 | J | | |
| 92. | | | | | Buy (add'l) | 12/22 | J | | |
| 93. MARICOPA CO AZ POLL CTRL | A | Interest | | | Sold | 02/01 | K | | |
| 94. UTAH ST BRD OF REGT S/L 28D TXBL | D | Interest | M | T | | | | | |
| 95. ARIZONA HLTH FAC VOLUNT 7-DAY ARC B REV B/E/R̶ | A | Interest | | | Buy | 02/04 | K | | |
| 96. | | | | | Sold | 08/29 | K | | |
| 97. FIRST EAGLE OVERSEAS FUND CL A | | None | M | T | Buy | 12/22 | L | | |
| 98. | | | | | Buy (add'l) | 12/23 | L | | |
| 99. FT-FRANKLIN GOLD & PREC MET A | | None | J | T | Buy | 12/23 | J | | |
| 100. HARTFORD GLOBAL HEALTH FUND CL A | A | Dividend | K | T | Buy | 12/22 | K | | |
| 101. HARTFORD INFLATION PLUS FD CLASS A | A | Dividend | K | T | Buy | 12/22 | K | | |
| 102. JPMORGAN MID CAP VALUE FUND CL A | | None | K | T | Buy | 12/22 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 12/23 | J | | |
| 104. LINCOLN NATIONAL AMERICAN L EGACY III VIEW 14L | | | | | | | | | |
| 105. --- DCA FIXED | | | | | Buy | 07/02 | O | | |
| 106. | | | | | Sold (part) | 7/12 | L | | |
| 107. --- BL CHP INCOME & GROWTH | | None | K | | Buy | 07/12 | K | | |
| 108. ---GROWTH | | None | L | | Buy | 07/12 | L | | |
| 109. --- GROWTH & INCOME | | None | K | | Buy | 0712 | K | | |
| 110. --- GLOBAL SMALL CAP | | None | J | | Buy | 07/12 | J | | |
| 111. --- INTERNATIONAL | | None | K | | Buy | 07/12 | K | | |
| 112. --- NEW WORLD | | None | | | Buy | 07/12 | J | | |
| 113. --- GLOBAL GROWTH-INCOME | | | | | Buy | 07/12 | J | | |
| 114. --- GLOBAL GROWTH | | | | | Buy | 07/12 | K | | |
| 115. --- BOND | | | | | Buy | 07/12 | K | | |
| 116. --- GLOBAL BOND | | | | | Buy | 07/12 | J | | |
| 117. --- GOV'T/AAA SECURITIES | | | | | Buy | 07/12 | K | | |
| 118. --- HIGH INCOME BOND | | | | | Buy | 07/12 | J | | |
| 119. NATIXIS CGM ADVISOR TARGETED E QUITY FD A | | None | L | T | Buy | 12/23 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. PRINCIPAL HIGH YIELD FD A | A | Dividend | K | T | Buy | 12/22 | J | | |
| 121. | | | | | Buy (add'l) | 12/23 | K | | |
| 122. VIRTUS ALTERNATIVES DIVERSIFIER FUND CLASS A | B | Dividend | M | T | Buy | 12/22 | J | | |
| 123. | | | | | Buy (add'l) | 12/23 | M | | |
| 124. AXA EQUITABLE LIFE INSURANCE " (X)" | A | Int./Div. | J | T | | | | | |
| 125. GENERAL AMERICAN WHOLE LIFE IN SURANCE POLICY "(X)" | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII:

LINE 82 : THIS ASSET WAS INADVERTENTLY OMITTED FROM MY 2007 REPORT. THAT REPORT REFLECTED FOUR JOHN HANCOCK FREEDOM 529 ACCOUNTS INSTEAD OF CORRECTLY SHOWING THE FIVE ACCOUNTS. THESE ACCOUNTS (LINES 78 - 82) ARE NOT SELF-DIRECTED INVESTMENTS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544